■ In the Matter of ANGELO M. PARRA, JR., Appellant, v PHILIP SHIFFMAN and BOARD OF ELECTIONS OF ORANGE COUNTY, Respondents.—In a proceeding, *inter alia,* to validate petitions designating the petitioner as a candidate in the Democratic Party primary election to be held on September 12, 1978, for the party office of State Committeeman from the 97th Assembly District, the appeal is from a judgment of the Supreme Court, Orange County, dated August 17, 1978, which, after a hearing, dismissed the proceeding. Judgment affirmed, without costs or disbursements. Of the 570 signatures obtained, 500 being necessary for nomination (Election Law, § 6-136, subd 2, par [i]), 68 are concededly invalid. Moreover, an additional 14 signatures, contained on page 22 of the petition, are also invalid because they are undated (Election Law, § 6-130). Mollen, P. J., Hopkins, Damiani and O'Connor, JJ., concur; Shapiro, J., dissents and votes to reverse with the following memorandum: It is conceded that if the 16 challenged signatures on page 22 of the petition are valid, the petitioner would have sufficient signatures to qualify for a place on the primary ballot. In my opinion, the subscribing witness' statement ("the equivalent of an affidavit" [Election Law, § 6-132, subd 2]) dated July 26, 1978, which certifies the date on which the individual signatories affixed their signatures, liberally construed, is sufficient to establish substantial compliance with the statutory dating requirement.

■ In the Matter of PEARL SALERNO et al., Respondents, v ALICE SACHS et al., as Commissioners Constituting the Board of Elections of the City of New York, Respondents, and ROSE BADER, Appellant.—In a proceeding to validate the petition designating the petitioners as candidates in the Democratic Party primary election to be held on September 12, 1978 for the party position of County Committeeman in the 35th Assembly District, the appeal is from a judgment of the Supreme Court, Queens County, dated August 17, 1978, which, *inter alia,* granted the application. Judgment affirmed, without costs or disbursements. *Matter of Miller v Power* (309 NY 775) is inapplicable here in view of the stipulation of the parties that the election district was placed on the petition before it was circulated and before any of the enrolled voters signed it. Mollen, P. J., Hopkins, Damiani, Shapiro and O'Connor, JJ., concur.

## (August 24, 1978)

■ In the Matter of SIMON GROSS, Appellant, v OWEN AUGUSTIN et al., Respondents.—In a proceeding, *inter alia,* to invalidate the petition designating Owen Augustin as a candidate in the Democratic Party primary election to be held on September 12, 1978, for the public office of Representative to the United States Congress from the 14th Congressional District, the appeal is from a judgment of the Supreme Court, Kings County, dated August 21, 1978, which dismissed the proceeding. Judgment affirmed, without costs or disbursements (see *Matter of Brown v Sachs,* 57 AD2d 583). Mollen, P. J., Hopkins, Damiani, Shapiro and O'Connor, JJ., concur.